**Order entered August 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00688-CV**

**IN RE AL WILLIAMS, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

**ORDER**
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is relator's August 24, 2022 motion for extension of time to

re-do his application for writ of mandamus. The motion is **DENIED**.

/s/    CRAIG SMITH
       JUSTICE